

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ FEB 10 2012

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2012R00074

*225 Cadman Plaze East*
*Brooklyn, New York 11201*

February 8, 2012

Mr. Roody Posy

Re: U.S. vs. Roody Posy
<u>Criminal Docket No. CR-12-104</u>

Dear Mr. Posy:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Friday, the 17th day of February, 2012 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)

CC: Hon. Jack B. Weinstein (Mag. Orenstein will accept the plea.)

Jessica Reid
Assistant U.S. Attorney

Michelle Gelernt, Esq.

Pretrial Services Officer